**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN PAUL BLANCO,<br><br>                Petitioner,<br><br>      v.<br><br>DEBBIE ASUNCION, Warden,<br><br>                Respondent. | Case No. LACV 18-8328-JVS (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 16, 2019

                                    HONORABLE JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE